UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| TERESA CLIFTON GOLDEN AND BRIAN GOLDEN | * | CIVIL ACTION NO.: 3:13-cv-547-JWD-SCR |
|---|---|---|
| VERSUS | * | JUDGE: JOHN W. DEGRAVELLES |
| COLUMBIA CASUALTY COMPANY, ET AL. | * | MAG. JUDGE: STEPHEN RIEDLINGER |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs, Teresa Clifton Golden and Brian Golden, submit that oral argument will assist the Court in deciding the matters made subject of their Motion for Partial Summary Judgment and therefore, in accordance with Local Rule 78.1, request oral argument in this matter.

Respectfully submitted:

/s/ Kearney S. Loughlin
KEARNEY S. LOUGHLIN
La. State Bar No. 26391
6030 Prytania Street
New Orleans, Louisiana 70118
Telephone:   (504) 891-3193
Facsimile:    (504) 891-3195
**Attorney for Plaintiffs, Teresa Clifton Golden and Brian Golden**

CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via U.S. Mail, postage prepaid and properly addressed, by hand, by electronic transmission though the Court's CM/ECF system, or by facsimile transmission, this 5th day of March 2015.

s/ Kearney S. Loughlin