UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERESA GOLDEN CLIFTON GOLDEN AND BRIAN GOLDEN** | * * | **CIVIL ACTION NO. 3:13-cv-00547-JWD-SCR** |
| **VERSUS** | * * | **JUDGE JOHN W. DEGRAVELLES** |
| **COLUMBIA CASUALTY CO., ET AL** | * * | **MAGISTRATE JUDGE STEPHEN C. REIDLINGER** |

### REQUEST FOR ORAL ARGUMENT

NOW COME Defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Deputy Brandon Johnson, Sergeant Steven Erdey, Major Jim Brown, Captain Chad McGovern, and Columbia Casualty Company, who pursuant to Local Rule 78.1, hereby respectfully request that oral argument be permitted on their respective motions for partial summary judgment.[1] The Court has previously scheduled oral argument for plaintiffs' motion for partial summary judgement on April 30, 2015 at 9:30 a.m.[2] Since the issues raised in defendants' motions for partial summary judgment are substantially related to the issues raised in plaintiffs' motion for partial summary judgment, defendants further request that oral argument on their motions be scheduled for the same date and time. Such oral argument may materially assist this Court in its review of these motions.

WHEREFORE, Defendants, Jason Ard, Sheriff of Livingston Parish, State of Louisiana, Deputy Brandon Johnson, Sergeant Steven Erdey, Major Jim Brown, Captain Chad McGovern, and Columbia Casualty Company respectfully request that this Court grant oral argument on

---

[1] Cross-Motion for Partial Summary Judgment on behalf of Deputy Brandon Johnson (R. Doc. 52); Motion for Partial Summary Judgment on behalf of Sergeant Seven Erdey (R. Doc. 53), Motion for Partial Summary Judgement on behalf of Sheriff Jason Ard, Major Jim Brown, and Captain Chad McGovern (R. Doc. 55), and Motion for Partial Summary Judgment on behalf of Columbia Casualty Company (R. Doc. 56).

[2] R. Doc. 42.

their motions for partial summary judgment and set the motions for arguments on the same date as plaintiffs' motion for partial summary judgment, April 30, 2015 at 9:30 a.m.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225/387-4000
Facsimile:  225/381-8029

*/s/ Druit G. Gremillion, Jr.*
**STEPHEN R. WHALEN (Bar Roll No. 24701), T.A.**
**DRUIT G. GREMILLION, JR. (Bar Roll No. 33867)**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Baton Rouge, Louisiana, this 31st  day of March, 2015

*/s/ Druit G. Gremillion, Jr.*
**STEPHEN R. WHALEN (Bar Roll No. 24701), T.A.**
**DRUIT G. GREMILLION, JR. (Bar Roll No. 33867)**

1260460.1